UNITED STATES DISTRICT COUR
FOR WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**KEITH HARDY, individually
and on behalf of all other employees and
former employees of Lewis Gale Medical
Center, LLC similarly situated,** *et al.***,**

      **Plaintiffs,**

**v.**                                    Civil Action No. 7:18cv218

**LEWISGALE MEDICAL CENTER, LLC,**

      **Defendant.**

### DEFENDANT'S MOTION IN LIMINE

      COMES NOW defendant LewisGale Medical Center, LLC ("LewisGale" or "Defendant"), by and through its counsel, and respectfully moves this Court to grant its Motion in Limine. The bases and reasons for this motion are set forth fully in the accompanying Memorandum in Support of Defendant's Motion to Limine to exclude evidence of an incomplete screenshot of a Facebook post and a news article allegedly published in The Roanoke Times. The Facebook post and the article cannot be admitted into evidence because (1) neither the Facebook post nor the article can be authenticated; (2) their use is impermissible character evidence; (3) they would be unfairly prejudicial to Defendant; and (4) they are inadmissible hearsay.

      WHEREFORE, Defendant LewisGale Medical Center, LLC respectfully requests that this Honorable Court grant its Motion in Limine excluding all evidence related to the Facebook post and the news article, and award LewisGale any other relief this Court deems just.

2

Respectfully submitted,

LEWISGALE MEDICAL CENTER, LLC


/s/ Susan Childers North
Susan Childers North, Esq. (VSB # 43068)
Gregory S. Bean, Esq. (VSB No. 80119)
Jonathan W. Gonzalez, Esq. (VSB No. 92259)
Gordon Rees Scully Mansukhani, LLP
5425 Discovery Park Boulevard, Suite 200
Williamsburg, VA  23188
Telephone:  (757) 903-0870
Facsimile:  (757) 401-6770
Email:  snorth@grsm.com
            gbean@grsm.com
            jwgonzalez@grsm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of February, 2022, I electronically filed the foregoing Defendant's Motion in Limine with the Clerk of Court via the CM/ECF System, which will send electronic notification to the following:

John P. Fishwick, Jr., Esquire
Carrol M. Ching, Esquire
Fishwick & Associates PLC
30 Franklin Road SE, Suite 700
Roanoke, Virginia  24011
Phone: (540) 345-5890
Fax: (540) 343-5789
John.Fishwick@fishwickandassociates.com
Monica.Mroz@fishwickandassociates.com
Carrol.Ching@fishwickandassociates.com

/s/ Susan Childers North
Susan Childers North, Esq. (VSB # 43068)
Gordon Rees Scully Mansukhani, LLP
5425 Discovery Park Boulevard, Suite 200
Williamsburg, VA  23188
Telephone:  (757) 903-0870
Facsimile:  (757) 401-6770
Email: snorth@grsm.com

*Counsel for Defendant LewisGale Medical Center, LLC*