IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| **KEITH HARDY, individually and on behalf of all other employees and former employees of Lewis Gale Medical Center, LLC similarly situated,** *et al.***,** | )<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )    Civil Action No.:  7:18CV218 |
| **LEWIS GALE MEDICAL CENTER, LLC,** | )<br>)<br>)<br>) |
| **Defendant.** | ) |

**ORDER**

    This matter is before the Court on Plaintiffs' motion for leave to file excess pages. Dkt. 124.  Plaintiffs filed their motion seeking leave at the same time they filed their 60-page Brief in Opposition to Defendant's Motion for Summary Judgment. Dkt. 125.  Plaintiffs' motion acknowledges the 25 page limit set forth in the Court's Scheduling Order, and asserts that additional pages are warranted because this case involves six named Plaintiffs with some factual similarities but also distinct factual backgrounds. See Dkt. 124.  Plaintiffs also note that this Court recently granted Defendant leave to file a 33-page Memorandum in Support of Summary Judgment, in excess of the 25 page limit.

    Indeed, this Court previously discussed page limits during a conference call with the parties and indicated that it would approve a reasonable page limit extension in lieu of the parties filing six separate motions and supporting memorandums.  However, I do not find more than doubling the page limit to be a reasonable request. Legal writing is an art and a difficult art. But

brevity without sacrificing clarity promotes persuasiveness. Hence, the reason page limits are imposed, which can be expanded for good cause shown. I find it proper to **GRANT in part** and **DENY in part** Plaintiffs' motion for leave to file excess pages. Dkt. 124. Plaintiffs may re-file their Brief in Opposition to Defendant's Motion for Summary Judgment with a supporting memorandum not to exceed 35 pages by **February 17, 2022**. Defendant may file a reply memorandum not to exceed 35 pages.

It is so **ORDERED.**

Entered: February 10, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge